■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN NELOMS, Appellant. [953 NYS2d 511]—Judgment of resentence, Supreme Court, New York County (Gregory Carro, J.), rendered June 29, 2011, resentencing defendant, as a second felony offender, to an aggregate term of 15 years, with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). Concur—

Mazzarelli, J.P., Moskowitz, Richter, Abdus-Salaam and Feinman, JJ.